

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00247-CR

| | | |
|---|---|---|
| BRITTANY ANN ROULEAU, Appellant | § | On Appeal from the 89th District Court |
| | § | of Wichita County (DC89-CR2020-1377) |
| V. | § | April 24, 2025 |
| THE STATE OF TEXAS | § | Memorandum Opinion by Justice Walker |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the assessment of $465 of court costs and to reflect that the trial court waived court costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker